NO. 07-06-0192-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 8, 2006

_____

ALLSUP'S CONVENIENCE STORES, INC., APPELLANT

V.

PATRICK ANDERSON, APPELLEE

_____

FROM THE 287TH DISTRICT COURT OF PARMER COUNTY;

NO. 9211; HONORABLE GORDON H. GREEN, JUDGE

_____

Before REAVIS and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Pending before this Court is Allsup's Convenient Stores, Inc.'s motion to dismiss this appeal representing the parties have reached a confidential compromise and settlement agreement, and they no longer wish to prosecute the appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and per the motion assess costs against the party

incurring them.  Having dismissed the appeal at the request of appellant, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice